### HODGE DRIVE-IT-YOURSELF CO, et v CINCINNATI (city) et

Ohio Supreme Court
No 22323. Decided Feb. 11, 1931

Marshall, CJ, Matthias, Day, Allen and Kinkade, JJ, concur. Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**